IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHANNEL INTELLIGENCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMONADE, INC., SCOTT AIKIN, DE BRUN DESIGN, INC., LISTAFTERLIST.COM, LLC, MINDVALLEY LLC, MY LIFE REGISTRY LLC, ON MY LIST, LLC, REMEMBER THE MILK, INC., SHIMON RURA, STYLEHIVE, INC., SPROUT COMMERCE, INC., CHAD VAN NORMAN, WHITESTRIPE, INC., WISHCENTRAL INC., WISHLIST.COM, INC., ZLIO INC., and ZLIO USA, INC., | ) ) ) ) ) ) ) ) ) ) | C. A. No. _____ |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Channel Intelligence, Inc. ("Channel Intelligence"), hereby files its corporate disclosure statement. Channel Intelligence has no parent corporation. A publicly traded corporation, Internet Capital Group, Inc., owns more than 10% or more of Channel Intelligence's stock.

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

James K. Lewis
PATTON BOGGS LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
(303)-830-1776

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderso.com

Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000

*Attorneys for Plaintiff
Channel Intelligence, Inc.*

Kevin M. Bell
PATTON BOGGS, LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
(703) 744-8000

Dated: July 15, 2008
874056 / 3319