IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHANNEL INTELLIGENCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEMONADE, INC., SCOTT AIKIN, DE BRUN | ) C.A. No. 08-438-SLR |
| DESIGN, INC., LISTAFTERLIST.COM, LLC, | ) |
| MINDVALLEY LLC, MY LIFE REGISTRY | ) |
| LLC, ON MY LIST, LLC, REMEMBER | ) |
| THE MILK, INC., SHIMON RURA, | ) |
| STYLEHIVE, INC., SPROUT COMMERCE, | ) |
| INC., CHAD VAN NORMAN, | ) |
| WHITESTRIPE, INC., WISHCENTRAL INC., | ) |
| WISHLIST.COM, INC., ZLIO INC., and | ) |
| ZLIO USA, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL OF DEFENDANT LISTAFTERLIST.COM, LLC

Pursuant to Fed. R. Civ. P 41, Plaintiff, Channel Intelligence, Inc. ("Channel Intelligence") hereby dismisses without prejudice its claims of infringement in the complaint against defendant, ListAfterList.com, LLC, subject to the terms of the Settlement and Licensing Agreement entered into between the parties and executed on August 15, 2008. Each party to bear its own costs.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| James K. Lewis<br>PATTON BOGGS LLP<br>1801 California Street, Suite 4900<br>Denver, Colorado 80202<br>(303)-830-1776 | By: */s/ David E. Moore*<br>　　Richard L. Horwitz (#2246)<br>　　David E. Moore (#3983)<br>　　Hercules Plaza, 6th Floor<br>　　1313 N. Market Street |
| Richard J. Oparil<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000 | 　　P.O. Box 951<br>　　Wilmington, DE 19899-0951<br>　　(302) 984-6000<br>　　rhorwitz@potteranderson.com<br>　　dmoore@potteranderso.com |
| Kevin M. Bell<br>PATTON BOGGS, LLP<br>8484 Westpark Drive, Ninth Floor<br>McLean, Virginia 22102<br>(703) 744-8000 | *Attorneys for Plaintiff*<br>*Channel Intelligence, Inc.* |

Dated: August 22, 2008
879643 / 33193 / (Lemonade)