IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHANNEL INTELLIGENCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEMONADE, INC., SCOTT AIKIN, DE BRUN DESIGN, INC., LISTAFTERLIST.COM, LLC, MINDVALLEY LLC, MY LIFE REGISTRY LLC, ON MY LIST, LLC, REMEMBER THE MILK, INC., SHIMON RURA, STYLEHIVE, INC., SPROUT COMMERCE, INC., CHAD VAN NORMAN, WHITESTRIPE, INC., WISHCENTRAL INC., WISHLIST.COM, INC., ZLIO INC., and ZLIO USA, INC., | ) C.A. No. 08-438-SLR ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL OF DEFENDANT SPROUT COMMERCE, INC.

Pursuant to Fed. R. Civ. P 41, Plaintiff, Channel Intelligence, Inc. ("Channel Intelligence") hereby dismisses without prejudice its claims of infringement in the complaint against defendant, Sprout Commerce, Inc., subject to the terms of the Settlement and Licensing Agreement entered into between the parties and executed on August 15, 2008. Each party to bear its own costs.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James K. Lewis<br>PATTON BOGGS LLP<br>1801 California Street, Suite 4900<br>Denver, Colorado 80202<br>(303)-830-1776 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951 |
| Richard J. Oparil<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000 | Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderso.com |
| Kevin M. Bell<br>PATTON BOGGS, LLP<br>8484 Westpark Drive, Ninth Floor<br>McLean, Virginia 22102<br>(703) 744-8000 | *Attorneys for Plaintiff*<br>*Channel Intelligence, Inc.* |

Dated: August 22, 2008
879645 / 33193 / (Lemonade)