IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHANNEL INTELLIGENCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEMONADE, INC., SCOTT AIKIN, DE BRUN | ) | C.A. No. 08-438-SLR |
| DESIGN, INC., LISTAFTERLIST.COM, LLC, | ) | |
| MINDVALLEY LLC, MY LIFE REGISTRY | ) | |
| LLC, ON MY LIST, LLC, REMEMBER | ) | |
| THE MILK, INC., SHIMON RURA, | ) | |
| STYLEHIVE, INC., SPROUT COMMERCE, | ) | |
| INC., CHAD VAN NORMAN, | ) | |
| WHITESTRIPE, INC., WISHCENTRAL INC., | ) | |
| WISHLIST.COM, INC., ZLIO INC., and | ) | |
| ZLIO USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL OF DEFENDANT MINDVALLEY LLC

Pursuant to Fed.R.Civ.P 41, Plaintiff, Channel Intelligence, Inc. ("Channel Intelligence") hereby dismisses without prejudice its claims of infringement in the complaint against defendant, MindValley LLC, subject to the terms of the Settlement and Licensing Agreement entered into between the parties and executed on August 28, 2008. Each party to bear its own costs.

|  |  |
|---|---|
| OF COUNSEL:<br><br>James K. Lewis<br>PATTON BOGGS LLP<br>1801 California Street, Suite 4900<br>Denver, CO 80202<br>(303)-830-1776<br><br>Richard J. Oparil<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br><br>Kevin M. Bell<br>PATTON BOGGS, LLP<br>8484 Westpark Drive, Ninth Floor<br>McLean, VA 22102<br>(703) 744-8000<br><br>Dated: September 4, 2008<br>880893 / 33193 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderso.com<br><br>*Attorneys for Plaintiff*<br>*Channel Intelligence, Inc.* |